**Opinion issued April 16, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00738-CV

_____

**JOHNNY JOHNSON AND HADLEY AUTO TRANSPORT, Appellant**

**V.**

**PAMELA BROCK, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-38565**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a). The parties state that have reached an agreement to settle the case and

they request that we set aside the trial court's judgment without regard to the

merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.